# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| THE CLEANING AUTHORITY, INC., | Civil No. 10-2343 JRT/SRN |
| Plaintiff, | |
| v. | |
| MICHELE SMITH, *et al.*, | |
| Defendants, | |
| -------------------------------------------------- | |
| THE CLEANING AUTHORITY, LLC, | Civil No. 10-4204 JRT/SRN |
| Plaintiff, | |
| v. | **ORDER CONSOLIDATING CASES** |
| MICHAEL LEAHY, | |
| Defendant, | |

---

Myriam Pierre Warren and William Killion, **FAEGRE & BENSON LLP,** 90 South Seventh Street, Suite 2200, Minneapolis, MN 55402, for plaintiff.

John Holland, **DADY & GARDNER, PA**, 80 South Eighth Street, Suite 5100, Minneapolis, MN 55402, for Defendants Michele Smith, Joseph Weiss, and Yodega Corporation.

Clarence Kuhn, **THE KUHN LAW FIRM, PLLC,** 17800 Excelsior Boulevard, Suite 100, Minnetonka, MN 55345, for Defendant Michael Leahy.

This matter is before the Court on the request made by the parties to consolidate the above two cases. The Court is satisfied that the two cases are essentially the same and that the parties agree to consolidate them into one case.

The Court **ORDERS** the Clerk of Court to consolidate the above cases for all purposes including pre-trial and trial proceedings before Judge John R. Tunheim and Magistrate Judge Susan R. Nelson. The Clerk is directed to add the parties and their attorneys to the docket of case no. 10cv2343 (JRT/SRN). As of the date of this Order, all documents will be filed in case no 10cv2343 (JRT/SRN). The Clerk is directed to close case no. 10cv4204. The plaintiffs are directed to file an amended consolidated complaint by November 22, 2010.

Dated: November 1, 2010
at Minneapolis, Minnesota

_____s/ John R. Tunheim_____
JOHN R. TUNHEIM
United States District Judge